UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 26-5716-GW-SKx | Date | August 6, 2026 |
| Title | *Leah Carter v. Productions Plus, Inc., et al.* | | |

| | | |
|---|---|---|
| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
| Javier Gonzalez | ECRO / Court Smart | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| | |
|---|---|
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Jacqueline Silva | Matthew S. Disbrow |

**PROCEEDINGS: PLAINTIFF'S MOTION TO REMAND ACTION TO STATE COURT [16]**

The Court's Tentative Ruling on Plaintiff's Motion [16] was issued on August 4, 2026 [20]. Oral argument is held. The Tentative Ruling is adopted as the Court's Final Ruling. The Court DENIES Plaintiff's Motion.

The Court sets a status conference for September 10, 2026 at 8:30 a.m. The parties are to file a joint report by noon on September 7, 2026.

: 16

Initials of Preparer JG